# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134850

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTWAIN DEANJELO PRINCE, a/k/a
ANTUAN DEANJELO PRINCE, a/k/a
ANTUAIN DEANGELO PRINCE,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134850
COA: 268084
Jackson CC: 05-007065-FH

On order of the Court, the application for leave to appeal the July 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

Clerk